# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO TARANGO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD,<br><br>    Defendant. | Case No.: 1:16-cv-00099 JLT<br><br>ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE RELATED TO EXPERT DISCOVERY<br>(Doc. 25) |

The parties have filed a stipulation in which they report that they have been engaged in settlement discussions and believe they will resolve the matter, or not, within 30 to 45 days. (Doc. 25 at 2) Toward this end, they seek an extension of time for expert discovery in order to avoid these costs, if settlement can be achieved. Id. Therefore, the stipulation to amend the case deadlines related to expert discovery is **GRANTED** as follows:

    1.    All experts **SHALL** be disclosed no later than **March 31, 2017** and any rebuttal experts **SHALL** be disclosed no later than **April 14, 2017**;

    2.    All expert discovery **SHALL** be completed no later than **April 28, 2017**.

IT IS SO ORDERED.

Dated:   **March 2, 2017**          **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE