**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILIO TARANGO, ) | Case No.: 1:16-cv-00099 – JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER SETTLEMENT |
| ) | |
| v. ) | |
| ) | |
| CITY OF BAKERSFIELD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 28, 2017, the parties participated in a settlement conference with Judge Michael J. Seng. (Doc. 41) They were able to resolve the matter. Id. Thus, the Court **ORDERS**:

1. No later than September 1, 2017, the parties **SHALL** file a stipulated request for dismissal;

2. All motions are terminated[1].

IT IS SO ORDERED.

Dated: **July 31, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Seng vacated all pending dates. (Doc. 41)