# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO TARANGO, | Case No.: 1:16-cv-00099 – JLT |
| Plaintiff, | ORDER RE: SETTLEMENT |
| v. | |
| CITY OF BAKERSFIELD, | |
| Defendant. | |

On July 28, 2017, the parties participated in a settlement conference at which they agreed on terms. (Doc. 41) However, the settlement requires that the terms be approved by the Bakersfield City Council, which is not set to meet on the topic until September 6, 2017. (Doc. 44) Thus, the Court **ORDERS**:

1. In the event the Bakersfield City Council does not approve the settlement, the parties **SHALL** file a status report **no later than September 22, 2017**, detailing proposed dates for the trial;

///
///
///
///
///

1

2. In the event the Bakersfield City Council approves the settlement, the plaintiff may file his motion for attorneys' fees and costs **no later than September 20, 2017**.  Opposition to the motion **SHALL** be filed two weeks later and any reply, may be filed one week after the opposition.  The Court will set a hearing date if needed, after it reviews the filings.

IT IS SO ORDERED.

Dated: **August 14, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE